# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **TINA KOHLER, individually and as representative of the ESTATE OF RICHARD KOHLER,**<br><br>        Plaintiffs,<br><br>    ***v.***<br><br>**DEAN MANUTTI and OCEAN PORT ENTERPRISE, INC.,**<br><br>        Defendants. | **CIVIL ACTION**<br><br>**No. 26-1790-KSM** |

## ORDER

**AND NOW**, upon consideration of Plaintiff's motion to remand (Doc. No. 16), Defendant Ocean Port's partial opposition to the motion to remand and cross-motion to transfer (Doc. No. 20), which Defendant Dean Manutti joined (Doc. No. 21), Plaintiff's response in opposition (Doc. No. 23), and Defendant Ocean Port's letter reply brief (Doc. No. 24), which Defendant Manutti joined (Doc. No. 25), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the motion to remand (Doc. No. 16) is **GRANTED.**

Pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**


s/*Karen Spencer Marston*

_____

KAREN SPENCER MARSTON, J.